```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 8, 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND
et al,

                  Plaintiffs,

-against-

PROACTIVE MAINTENANCE PLUS INC.,

                  Defendant.
----------------------------------------------------------X

**21 Civ. 03770 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since April 28, 2021, and there having been no activity since May 3, 2021, it is,

ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
        March 8, 2023

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge